# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Copher Movers & Storage, Inc. | ) | Bankruptcy No. 13 B 24905 |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Eugene R. Wedoff |
| | ) | |

To:     See Attached List

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **July 30, 2014,** at the hour of 10:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Eugene R. Wedoff in Courtroom 744 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion for Entry of Final Decree** a copy of which is hereby served upon you.  You may appear if you so choose.

> David P. Lloyd, Ltd.
> 615B S. LaGrange Rd.
> LaGrange IL  60525
> 708-937-1264
> Fax: 708-937-1265

## CERTIFICATE OF SERVICE

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated by insertion of an e-mail address, or by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 18th day of July, 2014.

>         /s/ David P. Lloyd
>         David P. Lloyd

# Mailing Information for Case 13-24905

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Richard M Bendix**    rbendix@dykema.com, nrakunas@dykema.com
- **James M. Crowley**    jcrowley@crowleylamb.com, docket@crowleylamb.com;mmusto@crowleylamb.com
- **Maria A Diakoumakis**    mdiakoumakis@dykema.com, DocketCH@dykema.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **David P Lloyd**    courtdocs@davidlloydlaw.com
- **Michael C. Moody**    mmoody@orourkeandmoody.com, firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- **Francis J. Pendergast**    fpendergast@crowleylamb.com, ibenavides@crowleylamb.com;docket@crowleylamb.com
- **Donna Rizzuto**    drizzuto@howardandhoward.com, kperez@howardandhoward.com

Service List
Case 13-24905
Copher Movers & Storage

BMO Harris Bank NA
111 W. Monroe Street
Chicago, IL 60603-4095

Copher Movers & Storage, Inc.
10131 Andersen Ave.
Chicago Ridge, IL 60415-1258

Global Signal Acquisition IV LLC
Dykema Gossett PLLC
c/o Maria A. Diakoumakis
10 S. Wacker Drive
Suite 2300
Chicago, IL 60606-7439

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

ABF Freight Systems Inc
PO Bo 10048
Fort Smith, AR 72917-0048

Ally Automotive Finance
PO Box 380901
Bloomington, MN 55438-0901

BMO Harris Bank
PO Box 2880
Chicago, IL 60690-2880

BMO Harris Bank NA
Francis J. Pendergast, III
Crowley & Lamb, PC
221 N. LaSalle Street, Suite 1550
Chicago, IL 60601-1224

Cannon Cochran Mng. Services
IMWRMG
2 East Main Street
Danville, IL 61832-5852

James J. Roche & Associates
642 N. Dearborn St.
Chicago, IL 60654-5886

James Paul
The ALPS Group
One South Dearborn, Ste 2100
Chicago, IL 60603-2307

Office of the Special Deputy Receiv
222 Merchandise Mart Plaza
Suite 960
Chicago, IL 60654-1236

Shell Fleet
Processing Center
PO Box 183019
Columbus, OH 43218-3019

Village of Chicago Ridge
10455 S. Ridgeland Av.
Chicago Ridge, IL 60415-1513

Charles Mack & Co.
PO Box 547
New Lenox, IL 60451

James Paul
The ALPS Group
One South Dearborn
Suite 2100
Chicago, IL 60603-2307

Charles Mack & Co.
c/o Charles Mack
1234 N. Cedar Rd.
New Lenox, IL 60451

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Copher Movers & Storage, Inc. | ) | Bankruptcy No. 13 B 24905 |
| | ) | Chapter 11 |
| Debtor | ) | Judge Eugene R. Wedoff |
| | ) | |

### MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Debtor, Copher Movers & Storage, Inc., by and through its attorney, David P. Lloyd, and moves this honorable Court for entry of a final decreee in this confirmed Chapter 11 case, and in support thereof states as follows:

1. The Debtor filed a voluntary Chapter 11 petition on June 17, 2013. The Debtor's Plan was confirmed on March 12, 2014.

2. Administrative claims that have been allowed by the Court have been paid or otherwise resolved.

3. All priority claims have been resolved.

4. The Debtor has made the first plan payment toward holders of general unsecured claims.

5. Evidence of the payments of the above are set forth on the attached exhibit.

6. Said payments constitute substantial consummation of the confirmed plan and this case should now be closed.

WHEREFORE the Debtor prays that the Court enter a final decree and direct the Clerk of the Court to close the case.

        Respectfully submitted,
        Copher Movers and Storage, Inc.


By:_____/s/ David P. Lloyd_____
       Its attorney

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265