UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-24905 |
| Copher Movers & Storage, Inc. | ) | |
| | ) | Chapter:  11 |
| | ) | |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE**

    THIS CAUSE coming on to be heard on the Debtor's motion for entry of final decree, due notice having been given, the Court finding that the Debtor has substantially consummated the confirmed plan, and the Court being otherwise advised in the premises;

    IT IS HEREBY ORDERED that the Motion for Final Decree is granted.  The Clerk of Court is directed to close this case.

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  July 30, 2014

**Prepared by:**

David P. Lloyd
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265